UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-100 (PAM/RLE)

| | |
|---|---|
| SUPERIOR WILDERNESS ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; JAMES SANDERS, Forest Supervisor, JACKIE ANDREW, District Ranger, and ROBERT JACOBS, Regional Forester,<br><br>Defendants. | SETTLEMENT AGREEMENT AND STIPULATED ORDER OF DISMISSAL |

The parties, through their counsel, stipulate and agree as follows:

1. The United States Forest Service ("USFS") agrees that it will undertake no mechanical removal activities on the stands set forth on Attachment 1 attached hereto under the Crescent Lake Environmental Assessment for Fuel Reduction ("EA") and the Decision Notice and Finding of No Significant Impact ("DN and FONSI") dated August 22, 2000. As stated in the Appeal Deciding Officer's Decision dated November 13, 2000, the USFS also agrees that road construction associated with the Crescent Lake EA will be limited to routine pre-haul maintenance of existing Forest Service System roads.

2. The plaintiff agrees to dismiss the remainder of its objections to the EA and the DN and FONSI with prejudice.

FILED MAR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The USFS agrees to pay plaintiff's counsel the sum of $1,000.00 in attorney's fees and $177.61 in costs.

4. This action may be dismissed with prejudice without further notice to the parties, each party bearing their own fees and costs except as set forth in paragraph 3 above.

Dated: March 13, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorney for Defendants

Dated: March 13, 2001

Leigh Haynie

LEIGH HAYNIE
Wild Law
1200 41st Avenue North
#201
Plymouth, MN 55441
(763) 551-9979
Attorney for Plaintiff

IT IS SO ORDERED.

PAUL A. MAGNUSON
Chief Judge
United States District

March 16, 2001

| STAND | ACRES |
|---|---|
| T-258-1 | 11.0 |
| T-258-2 | 8.5 |
| T-256-1 | 7.7 |
| T-312-1 | 8.5 |
| T-312-2 | 10.7 |
| T-312-4 | 8.4 |
| T-235-4 | 9.4 |
| T-238-16 | 5.0 |
| T-238-28 | 3.0 |
| T-238-30 | 5.8 |
| T-238-2 | .68 |
| T-238-31 | 25.0 |
| T-205-2 | 10.5 |
| T-239-9 | 1.06 |
| T-238-7 | 12.67 |
| T-240-10 | 17.9 |
| T-240-2 | 7.40 |
| T-240-16 | 1.8 |
| T-240-15 | 2.64 |
| T-240-17 | 4.70 |
| T-202-1 | 1.35 |
| T-202-3 | 1.23 |
| T-202-4 | 1.56 |
| T-205-1 | 7.84 |
| T-211-1 | 17.04 |
| T-211-2 | 7.58 |
| T-211-3 | 2.99 |
| T-211-4 | 1.12 |

ATTACHMENT 1

| STAND | ACRES |
|---|---|
| T-211-6 | 1.86 |
| T-86-3 | 2.94 |
| T-86-4 | 14.6 |
| T-59-1 | 5.74 |
| T-32-7 | 11.05 |
| T-31-3 | 21.96 |
| T-16-15 | 8.78 |
| T-16-10 | 4.43 |
| T-16-14 | 12.77 |
| T-16-21 | 2.98 |
| T-16-22 | 6.88 |
| T-16-18 | 1.19 |